[No. 49078-8-I.   Division One.   June 24, 2002.]

THOMAS DEAN LEWIS, *Appellant*, v. DERRICK J. HEPPER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-08975-6, James H. Allendoerfer, J., entered July 27, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Appelwick, JJ.

[No. 49204-7-I.   Division One.   June 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN JOSEPH MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02612-3, Jay V. White, J., entered September 7, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Ellington, JJ.

[No. 49858-4-I.   Division One.   June 24, 2002.]

*In the Matter of the Personal Restraint of* ROBERT E. KUCHAN, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 19769-7-III.   Division Three.   June 25, 2002.]

LEWIS J. MYERS, ET AL., *Respondents*, v. FRED E. BOWLAND, JR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-01543-5, Craig J. Matheson, J., entered November 8, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.